# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAW INDUSTRIES, LLC

VERSUS

STATE OF LOUISIANA,
DEPARTMENT OF EDUCATION,
RECOVERY SCHOOL DISTRICT AND
ADVANCED ENVIRONMENTAL
CONSULTING, INC.

NO.  2022 CW 0956

**OCTOBER 25, 2022**

---

In Re:    LEAAF Environmental, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 676874.

---

**BEFORE:    McDONALD, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

JMM
GH

**Welch, J.** dissents and would grant the writ application.  I find the trial court erred in its July 13, 2022 ruling denying the exceptions of no cause of action filed by third-party defendant, LEAAF Environmental, LLC.  Under La. Code Civ. P. art. 1111, which provides that the defendant in a principal action by petition may bring in any person, including a codefendant, who is his warrantor, or who is or may be liable to him for all or part of the principal demand, I find that the negligence claims advanced by Law Industries, LLC and Advanced Environmental Consulting against LEAAF Environmental, LLC are too attenuated from the original claims that Law Industries, LLC asserted against Advanced Environmental Consulting to support their third-party demands against LEAAF Environmental, LLC. **Couvillion Group, L.L.C. v. Plaquemines Parish Government,** 2020-00074 (La. 4/27/20), 295 So.3d 400, 402-403.  I would therefore reverse the portion of the trial court's July 13, 2022 ruling denying the exceptions of no cause of action filed by LEAAF Environmental, LLC against Law Industries, LLC and Advanced Environmental Consulting LLC and sustain the exceptions of no cause of action.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT